| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF FLORIDA |
| Case number *(if known)* _____    Chapter __11__ |
| ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
August Lilly, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
DBA  Smashburger

**3. Debtor's federal Employer Identification Number (EIN)**  
83-0893786

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 4283 Legendary Dr<br>Destin, FL 32541<br>Number, Street, City, State & ZIP Code | 1015 Highway 98 E<br>Apt. 5302<br>Destin, FL 32541<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Okaloosa<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **August Lilly, LLC**        Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **August Lilly, LLC**  Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
     Contact name _____
     Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **August Lilly, LLC**　　　　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | | |
|---|---|---|
| Debtor | **August Lilly, LLC** | Case number (*if known*) |
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 5, 2023**
MM / DD / YYYY

X **/s/ David Gershaw**            **David Gershaw**
Signature of authorized representative of debtor            Printed name

Title **Owner**

**18. Signature of attorney**

X **/s/ Byron W. Wright III**            Date **May 5, 2023**
Signature of attorney for debtor            MM / DD / YYYY

**Byron W. Wright III 118971**
Printed name

**Bruner Wright, P.A.**
Firm name

**2810 Remington Green Circle**
**Tallahassee, FL 32308**
Number, Street, City, State & ZIP Code

Contact phone **(850) 385-0342**      Email address **twright@brunerwright.com**

**118971 FL**
Bar number and State

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | August Lilly, LLC | |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF FLORIDA** | ☐ Check if this is an amended filing |
| Case number (if known): | | |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ADT Security Services<br>3190 S. Vaughn Way<br>Aurora, CO 80014 | | Trade debt | | | | $4,000.00 |
| Aramark<br>PO Box 731676<br>Dallas, TX 75373-1676 | | Uniforms | | | | $3,503.39 |
| Bay Climate Control & Refrigeration<br>PO Box 180443<br>Mobile, AL 36618 | | Trade debt | | | | $3,075.88 |
| Cloud Fund LLC<br>400 Rella Blvd.<br>Suite 165-1401<br>Suffern, NY 10901 | | Merchant cash advance loan | | | | $77,000.00 |
| Coca Cola<br>c/o Rauch-Milliken International Inc.<br>4400 Trenton St #A<br>Metairie, LA 70006 | | Trade debt | | | | $3,353.00 |
| Destin Commons<br>Attn: Daniel Poulin - Legal Dept<br>4100 Legendary Dr<br>Destin, FL 32541 | | Alleged damages for previous lease with Which Wich franchise. | Unliquidated Disputed | | | $0.00 |
| Destin Commons<br>Attn: Daniel Poulin<br>4100 Legendary Drive<br>Destin, FL 32541 | | Past due rent | Disputed | | | $39,968.84 |
| Ecolab Inc.<br>PO Box 32027<br>New York, NY 10087 | | Trade debt | | | | $4,966.00 |

Debtor **August Lilly, LLC**  
  Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Florida Department of Revenue Bankruptcy Unit P.O. Box 6668 Tallahassee, FL 32314-6668** | | Taxes | | | | $57,356.72 |
| **Forward Financing LLC 53 State St. 20th Floor Boston, MA 02109** | | Merchant cash advance loan | | | | $20,000.00 |
| **Gulf Coast Electric 8 Commerce Drive Destin, FL 32541** | | Trade debt | | | | $2,400.00 |
| **MH Outdoor Media LLC 11750 Katy Fwy Suite 1300 Houston, TX 77079** | | Billboard advertising | | | | $13,750.00 |
| **NCR Corporation 864 Spring St NW Atlanta, GA 30308** | | Trade debt | | | | $2,433.83 |
| **Torro, LLC 5965 South 900 East Suite 300 Murray, UT 84121** | | Merchant Cash Advance loan | | | | $12,000.00 |
| **True Advance Funding, Inc. 220 East Central Ave No. 4 Pearl River, NY 10965** | | Merchant cash advance loan | | | | $1,856.27 |
| **U.S. Small Business Administration 200 W. Santa Ana Blvd Suite 740 Santa Ana, CA 92701** | | All Assets | | $150,000.00 | Unknown | Unknown |
| **Waste Management 800 Capitol St Suite 3000 Houston, TX 77002** | | Trade debt | | | | $14,000.00 |
| **White Road Capital LLC d/b/a GFE Holdings 27-01 Queens Plaza North Suite 802 Long Island City, NY 11101** | | Merchant cash advance loan | | | | $93,000.00 |

August Lilly, LLC
1015 Highway 98 E
Apt. 5302
Destin, FL 32541

Byron W. Wright III
Bruner Wright, P.A.
2810 Remington Green Circle
Tallahassee, FL 32308

ADT Security Services
3190 S. Vaughn Way
Aurora, CO 80014

Aramark
PO Box 731676
Dallas, TX 75373-1676

Bay Climate Control & Refrigeration
PO Box
180443
Mobile, AL 36618

Caine & Weiner
12005 Ford Road
Suite 300
Dallas, TX 75234

Cloud Fund LLC
400 Rella Blvd.
Suite 165-1401
Suffern, NY 10901

Coca Cola
c/o Rauch-Milliken International Inc.
4400 Trenton St
#A
Metairie, LA 70006

Daniel Cotton
1015 Highway 98 E
Apt. 5302
Destin, FL 32541

Destin Commons
Attn: Daniel Poulin
4100 Legendary Drive
Destin, FL 32541

Destin Commons
Attn: Daniel Poulin - Legal Dept
4100 Legendary Dr
Destin, FL 32541

Ecolab Inc.
PO Box 32027
New York, NY 10087

Florida Department of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Forward Financing LLC
53 State St.
20th Floor
Boston, MA 02109

Gulf Coast Electric
8 Commerce Drive
Destin, FL 32541

MH Outdoor Media LLC
11750 Katy Fwy
Suite 1300
Houston, TX 77079

NCR Corporation
864 Spring St NW
Atlanta, GA 30308

Richard James & Associates Inc.
437 NE Thurston Way
Suite 270
Vancouver, WA 98662

Smashburger Franchising, LLC
Attn: Franchising Legal Dept.
1515 Arapahoe Street
Tower One - 10th Floor
Denver, CO 80202

Torro, LLC
5965 South 900 East
Suite 300
Murray, UT 84121

True Advance Funding, Inc.
220 East Central Ave
No. 4
Pearl River, NY 10965

Turnberry
Attn: John G. Shedd IV
19501 Biscayne Blvd
Suite 400
Miami, FL 33180

U.S. Small Business Administration
200 W. Santa Ana Blvd
Suite 740
Santa Ana, CA 92701

Waste Management
800 Capitol St
Suite 3000
Houston, TX 77002

White Road Capital LLC
d/b/a GFE Holdings
27-01 Queens Plaza North
Suite 802
Long Island City, NY 11101

# United States Bankruptcy Court
## Northern District of Florida

In re **August Lilly, LLC**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **August Lilly, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| May 5, 2023 | /s/ Byron W. Wright III |
| Date | Byron W. Wright III 118971 |
| | Signature of Attorney or Litigant |
| | Counsel for **August Lilly, LLC** |
| | **Bruner Wright, P.A.** |
| | **2810 Remington Green Circle** |
| | **Tallahassee, FL 32308** |
| | **(850) 385-0342 Fax:(850) 270-2441** |
| | **twright@brunerwright.com** |